```
                                            FILED

                                        JAN - 8 2008

                                   CLERK ... COURT
                                   SOUTH...  ...PNIA
                                   BY  (MB)   ...EPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,    )    Criminal Case No. 08CR0052-WQH
                             )
         Plaintiff,          )    I N F O R M A T I O N
                             )
    v.                       )    Title 8, U.S.C., Sec. 1325 -
                             )    Illegal Entry (Misdemeanor);
ESTEVAN CHAVEZ-QUINTERO,     )    Title 8, U.S.C., Sec. 1325 -
                             )    Illegal Entry (Felony)
         Defendant.          )
_____)

The United States Attorney charges:

Count 1

On or about __Jan 1998__, within the Southern District of California, defendant ESTEVAN CHAVEZ-QUINTERO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//
//

CPH:mg:San Diego
12/19/2007

<u>Count 2</u>

On or about December 7, 2007, within the Southern District of California, defendant ESTEVAN CHAVEZ-QUINTERO, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: 1/8/08.

KAREN P. HEWITT
United States Attorney

CAROLINE P. HAN
Assistant U.S. Attorney